## Louis C. Krueger, Appellee, v. Roxford Knitting Company, Appellant.

### Gen. No. 23,699. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the October term, 1917. Reversed and judgment of *nil capiat* here. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Louis C. Krueger, plaintiff, against Roxford Knitting Company, a corporation, defendant, for wages and damages claimed upon a discharge of plaintiff by defendant. From a judgment for $468.50 for plaintiff, defendant appeals.

RUDOLPH FRANKENSTEIN, for appellant.

WILLIAM A. MORROW, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 32*—*what is ground for termination of contract of employment.* Misconduct of an employee, consisting in withholding money in his hands and in peculation in his expense account, is ground for termination of a contract of employment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.